**SULAIMAN LAW GROUP, LTD**
Alexander J. Taylor (State Bar No. 332334)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN A. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-07312<br><br>**ORDER** |

Plaintiff, JUAN A. HERNANDEZ ("Plaintiff"), by and through her undersigned attorney, having filed with this Court her Agreed Stipulation of Dismissal Without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed without prejudice as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice, as to EXPERIAN INFORMATION SOLUTIONS, INC.

1  Each party shall bear its own costs and attorney fees.

3  Dated: February 11, 2025

_____
Percy Anderson
United States District Judge